AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Raymond L. Amerson | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.  3:09-2857-HMH-JRM |
| Commissioner of Social Security Administration | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is reversed under sentence four of 42 U.S.C. § 405(g), and the case is remanded to the Commissioner for further proceedings.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Judge Henry M. Herlong

Date:  December 8, 2010                             *CLERK OF COURT*

                                                    s/Ashley Stewart, Deputy Clerk
                                                    *Signature of Clerk or Deputy Clerk*